```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


BOBBY JOHNSON                                    CIVIL ACTION

VERSUS                                           NO. 12-2439

TERRY TERRELL, WARDEN                            SECTION "A"(5)
ALLEN CORRECTIONAL CENTER
```

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Bobby Johnson for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this <u>21st</u> day of <u>November</u>, 2013.

_____
United States District Judge